DRAGA OGNJENOVICH, Appellant, *v.* TROY LAUNDRY MACHINERY COMPANY, LIMITED, Respondent.

*Ognjenovich* v. *Troy Laundry Machinery Co., Ltd.,* 160 App. Div. 914, affirmed.

(Argued December 13, 1915; decided January 4, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 27, 1913, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and granting a new trial in an action to recover a sum paid as part of the purchase price of certain machinery pursuant to the terms of a written contract.

*Charles Newton* for appellant.

*Charles W. Strong* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.